UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV14-9845-PSG (ASx) | Date | September 3, 2015 |
|---|---|---|---|
| Title | Shirley Lindsay v. Leonard S. Nersesian, et. al., | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff | | Attorneys Present for Defendant: |
| N/A | | N/S |

**Proceedings:** ORDER TO SHOW CAUSE re Court's GRANT of Plaintiff's Motion to Compel Discovery Responses And Request for Attorneys Fees

On August 26, 2015, Plaintiff filed a "Unilaterally-Submitted (Joint) Stipulation regarding Discovery Dispute (Docket No. 36-1), seeking a court order granting Plaintiff's motion to Compel Discovery Responses to Plaintiff's Set One Interrogatories and Requests for Production of Documents. Id. According to the declaration of Amanda Lockhart, counsel for Plaintiff, Defendants Leonard S. Neresian and Betty Neresian failed to respond to Plaintiff's Set One Discovery, including Interrogatories and Requests for Production of Documents (Docket No. 36-2 at 2). On August 10, 2015, Ms. Lockhart sent counsel for defendants a letter in compliance with Local Rule 37-1 requesting that discovery responses be provided or, alternatively, that defense counsel contact Ms. Lockhart to arrange a meet and confer prior to the filing of a discovery motion. See id., and Docket No. 36-4, Exhibit 2. On August 26, 2015, after counsel for defendants failed to respond to Ms. Lockhart's letter or provide the requested discovery responses, Plaintiff filed the instant motion to compel and request for attorneys fees. Docket No. 36-2 at 2.

The Court has attempted to discern whether Defendants intend to file any response to Plaintiff's Motion to Compel but its inquiries have not been answered. Accordingly, Defendants are ORDERED TO SHOW CAUSE why the Court should not grant Plaintiff's motion and request for attorney's fees. **Defendants' response to this Order shall be filed no later than September 17, 2015 at noon.** An appropriate response will include reasons demonstrating good cause for Defendants' failure to respond to Plaintiff's discovery requests and failure to comply with Local Rule 37 regarding the filing of a Joint Stipulation. Defendants' failure to file a response by this deadline and/or respond to Plaintiff's discovery requests may result in the granting of Plaintiff's motion.

IT IS SO ORDERED.

cc:   Philip G. Gutierrez
      U.S. District Judge