E-FILED 9/24/15
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay,** | Case 2:14-CV-09845-PSG-SH |
| Plaintiff, | ~~Proposed~~ Judgment Re: Default Judgment |
| v. | |
| **Leonard S. Nersesian,** in his individual and representative capacity as trustee of the L and B Nersesian Trust;<br>**Betty Nersesian,** in her individual and representative capacity as trustee of the L and B Nersesian Trust;<br>**Dennis Wong, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

1

1  Upon review of the court files, the application for default judgment,
2  the declarations submitted in support of the default judgment, and the
3  evidence presented having been fully considered, it is hereby ordered and
4  adjudged that plaintiff Shirley Lindsay shall have JUDGMENT in her favor in
5  the amount of $12,625.00 against defendants Leonard S. Nersesian, Betty
6  Nersesian and Dennis Wong, Inc.

7  Additionally, defendants Leonard S. Nersesian, Betty Nersesian and
8  Dennis Wong, Inc., are ordered to provide accessible parking spaces at the
9  property located at or about 7220 Topanga Canyon Blvd., Canoga Park,
10  California, in compliance with the Americans with Disabilities Act
11  Accessibility Guidelines.

12
13  Dated: _9/24/15_   By:_____
   PHILIP S. GUTIERREZ
14  United States District Judge

15

16  *Presented by*:
17  Mark Potter, Esq.
18  858-375-7385
19  mark@potterhandy.com
   Attorney for Plaintiff
20

21

22

23

24

25

26

27

28

2